WEST *v.* SMITH, superintendent.

GRICE, Justice. The municipal ordinance here involved was under attack in *Watkins* v. *Simmons,* 179 *Ga.* 162 (175 S. E. 493), and was sustained. The soundness of that decision is approved, and is unaffected by the fact that since its rendition the sale of intoxicants has become legal in the territory covered by the ordinance. Applying the ruling there made, the judgment in the instant case is

*Affirmed. All the Justices concur.*

No. 12835. JUNE 15, 1939.

*Thomas A. Jacobs Jr.,* for plaintiff.
*E. W. Maynard* and *J. E. Hall Jr.,* for defendant.